### CRAITON v. THE STATE.

JENKINS, Presiding Justice. The evidence authorized the jury to find the defendant guilty of murder; and, since the only exceptions consist of the general grounds, the judgment denying the motion for new trial is affirmed.

*Judgment affirmed. All the Justices concur, except Head, J., disqualified.*

No. 15273. OCTOBER 5, 1945.

830

*Robert T. Speer,* for plaintiff in error.

*J. Eugene Cook,* attorney-general, *E. E. Andrews,* solicitor-general, *Durwood T. Pye* and *Claude Shaw,* assistant attorney-general, contra.